**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel PACHECO–GONZALES,**
**Defendant–Appellant.**

**No. 07–2393.**

United States Court of Appeals,
Seventh Circuit.

April 14, 2008.

Michael Donovan, Office of The United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Gary J. Ravitz, Ravitz & Palles, Chicago, IL, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, RICHARD A. POSNER, Circuit Judge and DIANE P. WOOD, Circuit Judge.

**Order**

The United States concedes that Pacheco–Gonzales has preserved on appeal a challenge to his conviction under 18 U.S.C. § 924(c)(1), and that, in light of our opinion, he did not use a firearm in connection with any violent felony or drug offense that could be prosecuted in a court of the United States (as opposed to a state

---

court). The petition for rehearing is therefore granted, and Pacheco–Gonzales's conviction under § 924(c)(1) is reversed. Because this means that all convictions of both defendants have been reversed, there is no longer any occasion for a remand to the district court.